# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00784-CV

### T. M. and J. R., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 146TH DISTRICT COURT OF BELL COUNTY,
### NO. 262,252-B, JACK WELDON JONES, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellants T.M. and J.R. filed their notices of appeal on December 9, 2014 and December 11, 2014 respectively. The appellate record was complete December 19, 2014, making appellants' briefs due January 8, 2015. Counsel for appellants have filed motions for extension of time to file appellants' briefs.

Amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motions and order Justin Bradford Smith and David A. Castillo to file the appellants' briefs no later than January 28, 2015. If the briefs are not filed by that date, counsel may be required to show cause why they should not be held in contempt of court.

It is ordered on January 13, 2015.


Before Chief Justice Rose, Justices Goodwin and Field